UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**TIMOTHY MYERS,**

    **Plaintiff,**

v.                                          Case No.  8:12-cv-706-T-30AEP

**HABIB AMROOEI**
**d/b/a Terrace Gardens Plaza,**

    **Defendant.**
_____/

## **ORDER**

      THIS CAUSE came before the Court for a status conference on November 6, 2012. Upon consideration, it is

      ORDERED AND ADJUDGED that:

      1.      The stay of all discovery as provided in this Court's A.D.A. Scheduling Order (Dkt. #4) entered on April 5, 2012, is lifted.  The parties may proceed with discovery.

      2.      The parties shall MEDIATE this case on or before December 31, 2012. Plaintiff is directed to file a Notice of Scheduled Mediation with the Court no later than November 30, 2012.

      3.      This case is placed on the Court's APRIL 2013 trial docket for a non-jury trial.

4. Pre-Trial Conference is scheduled for THURSDAY, MARCH 7, 2013, at 9:00 A.M. before the undersigned at the U. S. Sam Gibbons Courthouse, 801 North Florida Avenue, Courtroom #13A, Tampa, Florida 33602.  Time reserved: Fifteen (15) minutes.

**DONE** and **ORDERED** in Tampa, Florida on November 6, 2012.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record

S:\Even\2012\12-cv-706.set trial.frm